Edward Hung SBN: 221232
WONG & ASSOCIATES
413 Third Street
Oakland, CA 94607
Telephone:(510) 451-2124
Facsimile:  (510) 451-2448

Attorney for Plaintiff,
Li Deng

*E-FILED - 4/9/09*

UNITED STATES DISTRICT COURT

FOR DISRICT OF NORTHERN CALIFORNIA

LI DENG

         Plaintiff,

V.

CHINA STIX, RESTAURANT INC.,
Et al.

         Defendants
_____/

Case No.:  C 08-4997 RMW

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER**

Plaintiff Li Deng (hereinafter referred to as "Plaintiff") and Defendants China Stix, Restaurant, Inc., Frank Chang, and Ruby Chang (hereinafter collectively referred to as "Defendants"), through their respective counsel, hereby stipulate as follows:

The parties hereby stipulate to dismiss Plaintiff's Complaint and the entire action against Defendants without prejudice.

Dated: March 13, 2009

Respectfully Submitted,

WONG & ASSOCIATES

EH /s/
_____
Edward Hung Attorney for Plaintiff
Li Deng

1
Notice of Voluntary Dismissal Without Prejudice and Order

BR /s/

———————————————————
Bing Rui, Esq., Attorney for
Defendants China Stix Restaurant, Inc.,
Frank Chang, and Ruby Chang

ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: 4/9/09            *Ronald M. Whyte*
                         ———————————————————
                         Judge Ronald M. Whyte

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124